UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

NICHAE D. FAIR,
    Plaintiff,
v.                                                  CASE NO.: 6:21-cv-2162-RBD-GJK

CTFLO, LLC,
    Defendant.
_____/

## MEDIATOR'S NOTICE OF
## PLAINTIFF'S AND PLAINTIFF'S COUNSEL'S NON-PAYMENT TO MEDIATOR

    James R. Betts, the undersigned Mediator, advises this court that Plaintiff and Plaintiff's counsel have failed to pay their half of Mediator's late-cancellation billing for the mediation scheduled to be conducted by Mediator on October 11, 2022, for which Mediator was not notified of the cancellation until the morning of the scheduled mediation.

    Mediator sent his late-cancellation bill to counsel on October 11, 2022. Defendant promptly paid its half of the late-cancellation bill. Plaintiff and Plaintiff's counsel did not promptly pay their half of the late-cancellation bill, so Mediator sent reminder statements to Plaintiff's counsel (both Plaintiff's counsel of record Alexander J. Taylor and his "successor" lawyer at National Litigation Law Group, Leslie Ann L. Dunn) on November 11, 2022 and December 11, 2022. Plaintiff's counsel's outstanding balance owed to Mediator is $460.00.

### Certificate of Service

    I hereby certify that on December 17, 2022 by using the CM/ECF system I electronically filed a copy of this notice with the Clerk of the District Court, and served true copies of this notice upon the following:

Alexander J. Taylor, Esq.           Leslie Ann Dunn, Esq.
ataylor@nationlit.com              ldunn@nationlit.com

Jeffrey L. Newsome, II, Esq.        Michael S. Hooker, Esq.
Jeffrey.newsome@phelps.com      michael.hooker@phelps.com

_/s/ James R. Betts_
James R. Betts, Esq.
FBN 327786; Mediation Cert. #10773R
710 S. Boulevard
Tampa, Florida 33606-2903
(813) 254-3302
JBETTS@TAMPABAY.RR.COM