# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

NICHAE D. FAIR,

    Plaintiff,

v.                                                  Case No. 6:21-cv-2162-RBD-DAB

CTFLO, LLC,

    Defendant.
_____

## ORDER TO SHOW CAUSE

This cause is before the Court on the Mediator's Notice of Plaintiff's and Plaintiff's Counsel's Non-Payment to Mediator. (Doc. 19.) The parties cancelled the mediation on the morning it was scheduled, so the mediator charged both sides a late-cancellation fee. (*Id.*) Plaintiff has not paid his share after several reminders. (*Id.*).

Accordingly, by **Tuesday, January 3, 2023**, Plaintiff's counsel, Alexander J. Taylor, Esq., is **ORDERED TO SHOW CAUSE** by written response for why he should not be sanctioned for failure to pay his outstanding balance with the mediator.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on December 20, 2022.

